IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>Plaintiffs,<br><br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 10-cv-01954 VRW<br><br>**STIPULATION TO CONTINUE ANSWER AND INITIAL CASE MANAGEMENT DEADLINES**<br><br>**AND**<br><br>**[PROPOSED] ORDER THEREON** |

1  WHEREAS, on May 6, 2010, Plaintiffs Sierra Club and Medical Advocates for Healthy
2  Air filed the complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her
3  official capacity as Administrator of the United States Environmental Protection Agency, and
4  Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United
5  States Environmental Protection Agency (collectively, "EPA"), alleging that EPA failed to fulfill
6  a certain non-discretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that
7  such alleged failure is actionable under section 304(a)(2) of the Act, 42 U.S.C. § 7604(a)(2);

8  WHEREAS, Plaintiffs and EPA seek to resolve this case through private settlement,
9  thereby reducing litigation expenses and preserving the Court's resources, and are currently
10  engaged in settlement discussions;

11  WHEREAS, any final settlement of this case must be approved by authorized officials at
12  the United States Department of Justice and EPA, a process that can take several weeks;

13  WHEREAS, at least 30 days before any final settlement of this matter can be entered,
14  EPA must provide notice of such settlement in the Federal Register and an opportunity for public
15  comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

16  WHEREAS, no previous requests for extensions of time or continuances have been filed
17  in this case, and the parties believe that the requested 90-day continuances below will not
18  adversely affect the schedule of this case;

19  NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through
20  their undersigned counsel, hereby stipulate to entry of an order that:

21  1. Extends EPA's time for responding to the complaint to October 8, 2010;

22  2. Continues the parties' deadline to meet and confer regarding initial disclosures,
23  early settlement, ADR process selection and certification, and discovery planning to December 3,
24  2010;

25  3. Continues the parties' deadline to file initial disclosures, a Case Management
26  Statement, and a Rule 26(f) Report to December 17, 2010;

27  4. Continues the initial case management conference to January 6, ~~2010~~ 2011 at 3:30pm or
28  a date and time thereafter set by the Court.

...

**COUNSEL FOR PLAINTIFFS:**

Dated: June 25, 2010

/s/  Paul R. Cort
PAUL R. CORT
DEBORAH S. REAMES
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Phone: (510) 550-6725
Email: pcort@earthjustice.org
Email: dreames@earthjustice.org
*Counsel for Plaintiffs Sierra Club and
Medical Advocates for Healthy Air*

**COUNSEL FOR DEFENDANTS:**

Dated: June 25, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94150
Phone: (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2010

VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

STIPULATION TO CONTINUE ANSWER
AND INITIAL CASE MANAGEMENT DEADLINES   3   Case No. 10-cv-01954 VRW