1 | IGNACIA S. MORENO
Assistant Attorney General
2 | Environment and Natural Resources Division

3 | ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
4 | U.S. Department of Justice
Environmental Defense Section
5 | 301 Howard Street, Suite 1050
San Francisco, CA 94150
6 | Tel:   (415) 744-6566
Fax:   (415) 744-6476
7 | Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR, | Case No. 10-cv-01954 VRW |
| Plaintiffs, | **STIPULATION TO A 90-DAY STAY TO ALLOW FOR FINAL SETTLEMENT** |
| v. | **AND** |
| LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, | [~~PROPOSED~~] **ORDER THEREON** |
| Defendants. | |

STIPULATION TO A 90-DAY STAY
TO ALLOW FOR FINAL SETTLEMENT                                          Case No. 10-cv-01954 VRW

1    WHEREAS, on May 6, 2010, Plaintiffs Sierra Club and Medical Advocates for Healthy
2 Air filed the complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her
3 official capacity as Administrator of the United States Environmental Protection Agency, and
4 Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United
5 States Environmental Protection Agency (collectively, "EPA"), alleging that EPA failed to fulfill
6 a certain non-discretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that
7 such alleged failure is actionable under section 304(a)(2) of the Act, 42 U.S.C. § 7604(a)(2);

8    WHEREAS, on June 30, 2010, pursuant to stipulation, and to allow the parties
9 time to resolve this case through private settlement, the Court entered an order, Dkt. 12: (1)
10 extending EPA's time for answering or otherwise responding to Plaintiffs' complaint to October
11 8, 2010; (2) continuing the parties' deadline to meet and confer regarding initial disclosures,
12 early settlement, ADR process selection and certification, and discovery planning to December
13 3, 2010; (3) continuing the parties' deadline to file initial disclosures, a Case Management
14 Statement, and a Rule 26(f) Report to December 17, 2010; and (4) continuing the initial case
15 management conference to January 6, 2011 at 3:30pm;

16    WHEREAS, on September 30, 2010, the parties reached a tentative settlement that will,
17 if entered, fully resolve Plaintiffs' nondiscretionary duty claim against EPA in this Clean
18 Air Act citizen suit;

19    WHEREAS, the parties have reduced the settlement to a written agreement, in the
20 form of a proposed consent decree, that must be reviewed and authorized by the necessary
21 officials at the U.S. Department of Justice and EPA, a process that can take several weeks;

22    WHEREAS, once approved, EPA will lodge the proposed consent decree with the
23 Court and publish in the Federal Register a notice of the proposed consent decree and
24 request public comments on the decree, as required by section 113(g) of the Clean Air Act, 42
25 U.S.C. § 7413(g);

26    WHEREAS, after a reasonable comment period (at least 30 days), EPA will promptly
27 consider any written comments received and, if none of the comments disclose facts or
28 considerations which indicate that the proposed consent decree is inappropriate, improper,

inadequate, or inconsistent with the requirements of the Clean Air Act, EPA will move the Court for entry of the decree;

WHEREAS, the parties believe that the requested 90-day stay below will accommodate the internal approval, lodging, and requisite public comment process noted above and is in the interest of preserving the time and resources of the parties and of this Court;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to a 90-day stay of the case to allow for final settlement.

**COUNSEL FOR PLAINTIFFS:**

Dated: October 1, 2010
/s/   Paul R. Cort (by permission)
PAUL R. CORT
DEBORAH S. REAMES
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Phone: (510) 550-6725
Email: pcort@earthjustice.org
Email: dreames@earthjustice.org
*Counsel for Plaintiffs Sierra Club and Medical Advocates for Healthy Air*

**COUNSEL FOR DEFENDANTS:**

Dated: October 1, 2010
IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney, U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94150
Phone: (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 6, 2010

_____
VAUGHN R. WALKER
UNITED STATES CHIEF JUDGE

*IT IS SO ORDERED — Judge Vaughn R Walker*

STIPULATION TO A 90-DAY STAY
TO ALLOW FOR FINAL SETTLEMENT                3                Case No. 10-cv-01954 VRW