IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR, <br><br> Plaintiffs, <br><br> v. <br><br> LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, <br><br> Defendants. | Case No. 10-cv-01954 CRB <br><br> **STIPULATION TO CONTINUE STAY AND CASE MANAGEMENT CONFERENCE** <br><br> **AND** <br><br> [~~PROPOSED~~] **ORDER THEREON** |

1  WHEREAS, on May 6, 2010, Plaintiffs Sierra Club and Medical Advocates for Healthy Air filed the complaint in the above-captioned matter against Defendants Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA"), alleging that EPA failed to fulfill a certain non-discretionary duty under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under section 304(a)(2) of the Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, on October 1, 2010, Plaintiffs and EPA informed the Court that they had reached a tentative settlement of this case in the form of a proposed consent decree and requested a 90-day stay to allow EPA time to receive final approval of and to seek public comment on the decree as required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g) (Dkt. 13);

WHEREAS, on October 6, 2010, the Court ordered that the case be stayed for 90 days to allow for final settlement (Dkt. 14);

WHEREAS, on October 15, 2010, this case was reassigned to the Honorable Charles R. Breyer for all further proceedings, and on October 19, 2010, the Court ordered that the case management conference be held on January 7, 2011, at 8:30am (Dkts. 16 & 17);

WHEREAS, on November 8, 2010, EPA lodged with the Court a proposed consent decree that will, if entered, fully resolve Plaintiffs' nondiscretionary duty claim against EPA in this matter (Dkt. 18);

WHEREAS, on November 22, 2010, EPA published a notice in the Federal Register requesting public comment on the proposed consent decree, 75 Fed. Reg. 71126 (Nov. 22, 2010);

WHEREAS, the 30-day public comment period on the proposed consent decree closes on December 22, 2010, after which time the EPA Administrator will consider any written comments received, and if none of the comments disclose facts or considerations which indicate that the decree is inappropriate, improper, inadequate, or inconsistent with the requirements of the Clean Air Act, EPA will promptly move for entry of the decree;

//
//

NOW THEREFORE Plaintiffs and EPA, by and through their undersigned counsel, jointly stipulate and request the Court to:

(1) Continue the stay in the case, currently set to expire on January 4, 2011, for 30 days until February 3, 2011; and

(2) Continue the case management conference currently scheduled for January 7, 2011, to February 11, 2011 at 8:30am or a date and time thereafter set by the Court.

Respectfully submitted,

Dated: December 14, 2010

/s/ Paul R. Cort (by permission)
PAUL R. CORT
DEBORAH S. REAMES
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Phone: (510) 550-6725
Email: pcort@earthjustice.org
Email: dreames@earthjustice.org
*Counsel for Plaintiffs Sierra Club and Medical Advocates for Healthy Air*

Dated: December 14, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney, U.S. Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94150
Phone: (415) 744-6566
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 17, 2010

CHARLES R. BREYER
UNITED STATES

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION TO CONTINUE STAY AND
CASE MANAGEMENT CONFERENCE
and [PROPOSED] ORDER THEREON          3          Case No. 10-cv-01954 CRB